UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

EMILIO ARIETTA, and other
similarly situated individuals,

    Plaintiff,

v.

PATRIOT SOLAR GROUP LLC, a Foreign
Limited Liability Company, individually,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, PATRIOT SOLAR GROUP LLC, pursuant to 28 U.S.C. § 1441, hereby removes to this Court the cause of action currently pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida styled *Emilio Arietta v. Patriot Solar Group LLC,* Case No. CACE 16005079, and says:

### Introduction

1. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331.

2. This action was commenced in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, when Plaintiff filed his Complaint. A true and correct copy of the Complaint is attached hereto as Exhibit "A."

3. Defendant was served on June 7, 2016. True and correct copies of the summons and return of service are attached hereto as Composite Exhibit "B."

4. Defendant consents to the removal of this action.

### Jurisdiction is Proper Because Plaintiff's Action Arises Under the Laws of the United States

5. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331 because

Plaintiff's Complaint purports to state a claim for violation of the Fair Labor Standards Act (29 U.S.C. §301, et seq.).  Accordingly, Plaintiff's Complaint clearly arises under the laws of the United States.

## Procedural Requirements

6.   This notice of removal is being filed with this Court within 30 days after Defendant's receipt of the initial complaint.  *See* 28 U.S.C. § 1446(b).

7.   A copy of this notice of removal is being filed with the state court where this action is pending and notice hereof is being given to all adverse parties "promptly after" the filing of the notice in this Court.  *See* 28 U.S.C. § 1446(d).

8.   Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibits "A" and "B" are true and correct copies of the initial complaint and summonses/returns of service, respectively.

WHEREFORE, Defendant respectfully requests that this Court exercise jurisdiction over this matter.

Dated:   June 30, 2016            Respectfully submitted,
         Boca Raton, FL

                                  */s Daniel R. Levine*
                                  DANIEL R. LEVINE, ESQ.
                                  Fla. Bar No. 0057861
                                  E-mail: drlevine@bennardolevine.com
                                  Bennardo Levine, LLP
                                  1860 NW Boca Raton Boulevard
                                  Boca Raton, FL  33432
                                  Telephone:  (561) 392-8074
                                  Facsimile: (561) 368-6478
                                  Counsel for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Daniel R. Levine*
DANIEL R. LEVINE, ESQ.

## SERVICE LIST

*Emilio Arrieta v. Patriot Solar Group LLC*
Case No.
United States District Court, Southern District of Florida

| | |
|---|---|
| Anthony M. Georges-Pierre, Esquire<br>E-Mail:  agp@rgpattorneys.com<br>Remer & Georges-Pierre, PLLC<br>44 W. Flagler Street, Ste. 2200<br>Miami, FL  33130<br>Telephone:   (305) 416-5000<br>Facsimile:   (305) 416-5005<br>Counsel for Plaintiff<br>*Via CM/ECF* | Daniel R. Levine, Esquire<br>E-Mail:  drlevine@bennardolevine.com<br>Bennardo Levine LLP<br>1860 NW Boca Raton Blvd.<br>Boca Raton, FL  33432<br>Telephone:   (561) 392-8074<br>Facsimile:   (561) 368-6478<br>Counsel for Defendant<br>*Via CM/ECF* |
| Peter Hoogerwoerd, Esquire<br>E-Mail:  pmh@rgpattorneys.com<br>Remer & Georges-Pierre, PLLC<br>44 W. Flagler Street, Ste. 2200<br>Miami, FL  33130<br>Telephone:   (305) 416-5000<br>Facsimile:   (305) 416-5005<br>Counsel for Plaintiff<br>*Via CM/ECF* | |
| Waynice A. Green, Esquire<br>E-Mail:  wgreen@rgpattorneys.com<br>Remer & Georges-Pierre, PLLC<br>44 W. Flagler Street, Ste. 2200<br>Miami, FL  33130<br>Telephone:   (305) 416-5000<br>Facsimile:   (305) 416-5005<br>Counsel for Plaintiff<br>*Via CM/ECF* | |